IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 09-cv-00853-MSK-KLM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

$599,300.00 IN UNITED STATES CURRENCY SEIZED FROM STORAGE UNIT;
$2,006.07 SEIZED FROM WELLS FARGO ACCOUNT 640-0846892;
$14,938.32 SEIZED FROM WELLS FARGO ACCOUNTS 186-3516553;
$12,275.54 SEIZED FROM WELLS FARGO ACCOUNTS 250-2429919;
$1,025.00 SEIZED FROM BANK OF THE WEST ACCOUNTS 478-031636;
$99,622.19 SEIZED FROM BANK OF THE WEST ACCOUNTS 478-031644;
$169,717.42 SEIZED FROM WASHINGTON MUTUAL ACCOUNT 314-343721-3;
$100,570.81 SEIZED FROM WASHINGTON MUTUAL ACCOUNT 067-854002-4;
$707.47 SEIZED FROM WASHINGTON MUTUAL ACCOUNT 337-629-382-0;
$3,039.84 SEIZED FROM FIRST BANKOF COLORADO ACCOUNTS 379-257-3296;
$99,444.19 SEIZED FROM FIRST BANK OF COLORADO ACCOUNTS 379-403-3485;
$6,000.00 IN MONEY ORDERS;
$10,425.00 IN U.S. CURRENCY SEIZED FROM 11045 EAST LOUISIANA PLACE;
$2,771.00 SEIZED FROM MALLEY SPA;
ALL MONIES HELD IN CHARLES SCHWAB INVESTMENT ACCOUNT 7906-5336 FOR THE BENEFIT OF MICHELLE SCHRAMM;
ALL MONIES HELD IN VANGUARD INVESTMENT ACCOUNT 09964739900 FOR THE BENEFIT OF MICHELLE SCHRAMM;
11045 EAST LOUISIANA PLACE, AURORA, COLORADO; and
5065 SOUTH OLATHE CIRCLE, CENTENNIAL, COLORADO,

        Defendants.

## FINAL ORDER OF FORFEITURE

        THIS MATTER comes before the Court on the United StatesUnopposed Motion for Final Order of Forfeiture **(#44)**, the Court having reviewed said Motion FINDS:

        THAT the United States commenced this action in rem pursuant to 18 U.S.C. § 981(a)(1)(A), 18 U.S.C. § 981(a)(1)(C), and 18 U.S.C. § 2428;

THAT all known parties have been provided with an opportunity to respond and that publication has been effected as required by Supplemental Rule G(4);

THAT the United States and interested parties, Wells Fargo N.A., through counsel Alison Berry, and Cenlar FSB, through counsel Susan Hendrick Esq., have reached settlement agreements in this case, and have filed Settlement Agreements with the Court resolving all issues in dispute;

THAT no other claims to defendant properties have been filed;

THAT forfeiture of:

a. $599,300.00 in United States Currency seized from storage unit,

b. $2,006.07 seized from Wells Fargo Account 640-0846892,

c. $14,938.32 seized from Wells Fargo Account 186-3516553,

d. $12,275.54 seized from Wells Fargo Account 250-2429919,

e. $1,025.00 seized from Bank of The West Account 478-031636,

f. $99,622.19 seized from Bank of The West Account 478-031644,

g. $169,717.42 seized from Washington Mutual Account 314-343721-3,

h. $100,570.81 seized from Washington Mutual Account 067-854002-4,

i. $707.47 seized from Washington Mutual Account 337-629-382-0,

j. $3,039.84 seized from First Bank of Colorado Account 379-257-3296,

k. $99,444.19 seized from First Bank of Colorado Account 379-403-3485,

l. $6,000.00 in money orders,

m. $10,425.00 in U.S. Currency seized from 11045 East Louisiana Place,

n. $2,771.00 seized from Malley Spa,

o. All monies held in Charles Schwab Investment Account 7906-5336 for the benefit of Michelle Schramm,

   p. All monies held in Vanguard Investment Account 09964739900 for the benefit of Michelle Schramm,

   q. 11045 East Louisiana Place, Aurora Colorado, which is more fully described as follows:

     Unit No. 11045, Kingsmark Condominiums, according to the condominium map of the Kingsmark Condominiums, recorded February 10, 2003 as Reception No. B3030456, and defined by condominium declaration of the Kingsmark condominiums, recorded February 10, 2003, as reception No.B3030454, and fifth supplemental condominium declaration recorded April 20, 2004 as reception no. B4070360.
     County of Arapahoe,
     State of Colorado.

   r. 5065 South Olathe Circle, Centennial, Colorado, which is more fully described as follows:

     Lot 19, Block 2, Piney Creek Filing No. 6A,
     County of Arapahoe,
     State of Colorado.

shall enter in favor of the United States;

   THAT the United States, pursuant to its agreements with Wells Fargo N.A. and Cenlar FSB, will pay the amounts stipulated in their agreements from and to the extent there are sufficient proceeds from the sale of defendants Olathe Circle and Louisiana Place.

   THAT it further appears there is cause to issue a forfeiture order under 18 U.S.C. § 981(a)(1)(A), 18 U.S.C. § 981(a)(1)(C), and 18 U.S.C. § 2428.

   **NOW, THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED**:

   THAT the Motion is **GRANTED**.  Forfeiture of defendant property shall enter in favor of the United States; the United States shall have full and legal title to the defendant property, and may dispose of it in accordance with law and in accordance with the terms and provisions of the partiesSettlement Agreements;

   THAT the Clerk of Court is directed to enter Judgment; and

THAT a Certificate of Reasonable Cause, which this Order constitutes, is granted as to all defendant property pursuant to 28 U.S.C. 2465.   The Clerk is directed to close this case.

DATED this 19th day of April, 2012.

**BY THE COURT:**

_____

Marcia S. Krieger
United States District Judge