IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Civil Action No. 09-cv-00853-MSK-KLM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

$599,300.00 IN UNITED STATES CURRENCY SEIZED FROM STORAGE UNIT;
$2,006.07 SEIZED FROM WELLS FARGO ACCOUNT 640-0846892;
$14,938.32 SEIZED FROM WELLS FARGO ACCOUNTS 186-3516553;
$12,275.54 SEIZED FROM WELLS FARGO ACCOUNTS 250-2429919;
$1,025.00 SEIZED FROM BANK OF THE WEST ACCOUNTS 478-031636;
$99,622.19 SEIZED FROM BANK OF THE WEST ACCOUNTS 478-031644;
$169,717.42 SEIZED FROM WASHINGTON MUTUAL ACCOUNT 314-343721-3;
$100,570.81 SEIZED FROM WASHINGTON MUTUAL ACCOUNT 067-854002-4;
$707.47 SEIZED FROM WASHINGTON MUTUAL ACCOUNT 337-629-382-0;
$3,039.84 SEIZED FROM FIRST BANKOF COLORADO ACCOUNTS 379-257-3296;
$99,444.19 SEIZED FROM FIRST BANK OF COLORADO ACCOUNTS 379-403-3485;
$6,000.00 IN MONEY ORDERS;
$10,425.00 IN U.S. CURRENCY SEIZED FROM 11045 EAST LOUISIANA PLACE;
$2,771.00 SEIZED FROM MALLEY SPA;
ALL MONIES HELD IN CHARLES SCHWAB INVESTMENT ACCOUNT 7906-5336 FOR THE BENEFIT OF MICHELLE SCHRAMM;
ALL MONIES HELD IN VANGUARD INVESTMENT ACCOUNT 09964739900 FOR THE BENEFIT OF MICHELLE SCHRAMM;
11045 EAST LOUISIANA PLACE, AURORA, COLORADO; and
5065 SOUTH OLATHE CIRCLE, CENTENNIAL, COLORADO,

        Defendants.

---

**ORDER VACATING THE FINAL ORDER OF FORFEITURE ONLY AS TO
11045 EAST LOUISIANA PLACE, AURORA COLORADO**

---

THIS MATTER is before the Court on the United States' Motion to Vacate the Final Order of Forfeiture on as to 11045 East Louisiana Place, Aurora, Colorado (Motion) **(#47)** filed October 22, 2013.  The Court having reviewed said Motion and the case file, FINDS as follows:

THAT for good cause shown, the Motion is **GRANTED** and the Final Order of Forfeiture only as to defendant 11045 East Louisiana Place, Aurora, Colorado entered on April 19, 2012 shall be VACATED.

DATED this 28th day of October, 2013.

BY THE COURT:

_____

Marcia S. Krieger
Chief United States District Judge